UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANIEL MITCHELL, ROBIN BALL, LUKE RETTMER, ARMEN TOOLOEE, NATHANIEL CASEY, MATTHEW WALD, SECOND AMENDMENT FOUNDATION, and NATIONAL RIFLE ASSOCIATION,

   Plaintiffs,

v.

CHARLES ATKINS, in his official capacity as the Sheriff of Clark County, Washington, CRAIG MEIDL, in his official capacity as the Chief of Police of Spokane, Washington, and TERESA BERNTSEN, in her official capacity as the Director of the Washington State Department of Licensing,

   Defendants.

No. 3:19-cv-05106

NOTICE OF RELATED CASE

Pursuant to LCR 3(g), plaintiffs hereby give notice of a related case pending in this Court:

| | |
|---|---|
| Case number: | 3:18-cv-05931-RBL |
| Presiding judge: | Hon. Ronald B. Leighton |
| Parties involved: | Daniel Mitchell, Robin Ball, Luke Rettmer, Armen Tooloee, Nathaniel Casey, Matthew Wald, Second Amendment Foundation, and National Rifle Association, as plaintiffs; |

NOTICE OF RELATED CASE
No. 3:19-cv-05106

Ard Law Group PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243

State of Washington and Robert Ferguson in his official capacity as the Attorney General of the State of Washington, as defendants.

Relationship among the cases: This case has identical plaintiffs challenging the same state laws under the same provisions of the U.S. Constitution; it names three different defendants, all officials of the State of Washington sued in their official capacities

As such , these cases concern substantially the same parties, property, transaction, or event; and it appears likely that there will be an unduly burdensome duplication of labor and expense or the potential for conflicting results if the cases are conducted before different judges.

February 8, 2019.

ARD LAW GROUP PLLC

By: /s/ Joel B. Ard
Joel B. Ard, WSBA # 40104
Ard Law Group PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243

ALBRECHT LAW PLLC

By: /s/
Matthew C. Albrecht, WSBA #36801
David K. DeWolf, WSBA #10875
421 W. Riverside Ave., Ste. 614
Spokane, WA 99201
(509) 495-1246
Attorneys for Plaintiffs

NOTICE OF RELATED CASE
No. 3:19-cv-05106

Ard Law Group PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243