The Honorable Ronald B. Leighton

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| DANIEL MITCHELL, et al., | NO. 3:19-cv-5106 |
| Plaintiffs, | STIPULATED MOTION AND ORDER TO EXTEND DEADLINE FOR DISCLOSURE OF EXPERT TESTIMONY |
| v. | |
| CHARLES ATKINS, et al., | |
| Defendants, | NOTE FOR MOTION CALENDAR: DECEMBER 11, 2019 |
| and | |
| SAFE SCHOOLS SAFE COMMUNITIES, | |
| Intervenor-Defendant. | |

**STIPULATION**

All parties to this action, by and through the undersigned counsel, stipulate that the deadline for disclosure of expert testimony should be extended from December 11, 2019, to December 18, 2019. This stipulation is based upon the mutual convenience of all parties due to unexpected personal issues for a witness and for counsel.

RESPECTFULLY SUBMITTED this 11th day of December 2019.

ARD LAW GROUP PLLC

By: *s/ Joel B. Ard*
Joel B. Ard, WSBA # 40104

<1>
<2>
<3>
<4>
<5>
<6>
<7>
<8>
<9>
<10>
<11>
<12>
<13>
<14>
<15>
<16>
<17>
<18>
<19>
<20>
<21>
<22>
<23>
<24>
<25>
<26>

Ard Law Group PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243


ROBERT W. FERGUSON
*Attorney General*

NOAH G. PURCELL, WSBA No. 43492
*Solicitor General*

 *s/ Jeffrey T. Even*
JEFFREY T. EVEN, WSBA No. 20367
Deputy Solicitor General
Jeffrey.Even@atg.wa.gov

ZACHARY P. JONES, WSBA No. 44557
R. JULY SIMPSON, WSBA No. 45869
BRENDAN SELBY, WSBA No. 55325
Assistant Attorneys General
Complex Litigation Division
Zach.Jones@atg.wa.gov
July.Simpson@atg.wa.gov
Brendan.Selby@atg.wa.gov

DIONNE PADILLA-HUDDLESTON, WSBA No. 38356
Assistant Attorney General
Licensing and Administrative Law Division
dionnep@atg.wa.gov; lalseaef@atg.wa.gov

800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188

*Attorneys for Defendant Teresa Berntsen*

*s/ Leslie A. Lopez*
Leslie A. Lopez, WSBA #46118
Deputy Prosecuting Attorney
Clark County Prosecutor's Office – Civil Division
PO Box 5000
Vancouver WA  98666-5000
Tele: (564) 397-2478
Email:  leslie.lopez@clark.wa.gov

*Attorney for Defendant Chuck Atkins*

STIPULATED MOTION AND ORDER
TO EXTEND DEADLINE FOR
DISCLOSURE OF EXPERT TESTIMONY
NO. 3:19-CV-5106

2

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

*s/ Salvatore J. Faggiano*
Salvatore J. Faggiano, WSBA #15696
Assistant City Attorney
Office of the City Attorney
808 W. Spokane Falls Blvd.
Spokane, WA 99201-3326
Telephone: (509) 625-6818
Fax: (509) 625-6277
Email: sfaggiano@spokanecity.org

*Attorney for Defendant Craig Meidl*


PACIFICA LAW GROUP LLP

By *s/ Gregory J. Wong*
Paul J. Lawrence, WSBA No. 13557
Gregory J. Wong, WSBA No. 39329
Nicholas W. Brown, WSBA No. 33586
Kai A. Smith, WSBA No. 54749

*Attorneys for Intervenor-Defendant
Safe Schools Safe Communities*

STIPULATED MOTION AND ORDER
TO EXTEND DEADLINE FOR
DISCLOSURE OF EXPERT TESTIMONY
NO. 3:19-CV-5106

3

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

**ORDER**

Based upon the stipulation of the parties, the deadline for all parties to disclose expert testimony is extended from December 11, 2019 to December 18, 2019.

DATED: December ____, 2019.

_____
The Honorable Ronald B. Leighton
United States District Judge

STIPULATED MOTION AND ORDER
TO EXTEND DEADLINE FOR
DISCLOSURE OF EXPERT TESTIMONY
NO. 3:19-CV-5106

4

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

**CERTIFICATE OF SERVICE**

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Matthew C. Albrecht<br>David K. DeWolf<br>Albrecht Law PLLC<br>421 W. Riverside Ave, Ste. 614<br>Spokane, WA 99201<br>malbrecht@albrectlawfinn.com<br>david@albrechtlawfirm.com | Nicholas W. Brown<br>Paul J. Lawrence<br>Sarah S Washburn<br>Gregory J. Wong<br>Kai A. Smith<br>Pacifica Law Group LLP<br>1191 Second Ave. Ste. 2000<br>Seattle, WA 98101-3404 |
| Salvatore J. Faggiano,<br>Assistant City Attorney<br>Office of the City Attorney<br>808 W. Spokane Falls Blvd.<br>Spokane, WA 99201-3326<br>sfaggiano@spokanecity.org<br>*Attorney for Defendant Meidl,*<br>*City of Spokane* | nicholas.brown@pacificalawgroup.com<br>paul.lawrence@pacificalawgroup.com<br>sarah.washburn@pacificalawgroup.com<br>greg.wong@pacificalawgroup.com<br>kai.smith@pacificalawgroup.com<br>*Attorneys for Intervenor Defendant,*<br>*Safe Schools Safe Communities*<br>*(Campaign)* |
| Leslie Lopez<br>Deputy Prosecuting Attorney<br>Clark County Prosecutor's Office<br>Civil Division<br>P. O. Box 5000<br>Vancouver, WA 98666-5000<br>leslie.lopez@clark.wa.gov<br>*Attorney for Defendant Atkins, Clark County* | Joel B. Ard<br>Ard Law Group PLLC<br>P. O. Box 11633<br>Bainbridge Island, WA 98110<br>joel@ard.law<br>*Attorneys for Plaintiffs* |

DATED this 11th day of December 2019, at Olympia, Washington.

*s/ Jeffrey T. Even*
JEFFREY T. EVEN

STIPULATED MOTION AND ORDER TO EXTEND DEADLINE FOR DISCLOSURE OF EXPERT TESTIMONY
NO. 3:19-CV-5106

5

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744