1

2

3

4

5

6

7                                                     The Honorable Ronald B. Leighton

8                    **UNITED STATES DISTRICT COURT**
                     **WESTERN DISTRICT OF WASHINGTON**

9

| | |
|---|---|
| DANIEL MITCHELL, et al., | NO. 3:19-cv-5106 |
| Plaintiffs, | STIPULATED MOTION AND ORDER TO EXTEND DEADLINE FOR DISCLOSURE OF EXPERT TESTIMONY |
| v. | |
| CHARLES ATKINS, et al., | |
| Defendants, | |
| and | |
| SAFE SCHOOLS SAFE COMMUNITIES, | |
| Intervenor-Defendant. | |

18                              **STIPULATION**

19      All parties to this action, by and through the undersigned counsel, stipulate that the

20 deadline for disclosure of expert testimony should be extended from December 11, 2019, to

21 December 18, 2019. This stipulation is based upon the mutual convenience of all parties due to

22 unexpected personal issues for a witness and for counsel.

23      RESPECTFULLY SUBMITTED this 11th day of December 2019.

24                              ARD LAW GROUP PLLC

25
                                By: *s/ Joel B. Ard*
26                              Joel B. Ard, WSBA # 40104

| | |
|---|---|
| 1 | Ard Law Group PLLC |
| | P.O. Box 11633 |
| 2 | Bainbridge Island, WA 98110 |
| | Phone: (206) 701-9243 |
| 3 | |
| 4 | |
| | ROBERT W. FERGUSON |
| 5 | *Attorney General* |
| 6 | NOAH G. PURCELL, WSBA No. 43492 |
| | *Solicitor General* |
| 7 | |
| |  *s/ Jeffrey T. Even* |
| 8 | JEFFREY T. EVEN, WSBA No. 20367 |
| | Deputy Solicitor General |
| 9 | Jeffrey.Even@atg.wa.gov |
| 10 | ZACHARY P. JONES, WSBA No. 44557 |
| | R. JULY SIMPSON, WSBA No. 45869 |
| 11 | BRENDAN SELBY, WSBA No. 55325 |
| 12 | Assistant Attorneys General |
| | Complex Litigation Division |
| 13 | Zach.Jones@atg.wa.gov |
| | July.Simpson@atg.wa.gov |
| 14 | Brendan.Selby@atg.wa.gov |
| 15 | |
| | DIONNE PADILLA-HUDDLESTON, WSBA No. 38356 |
| 16 | Assistant Attorney General |
| | Licensing and Administrative Law Division |
| 17 | dionnep@atg.wa.gov; lalseaef@atg.wa.gov |
| 18 | |
| | 800 Fifth Avenue, Suite 2000 |
| 19 | Seattle, WA 98104-3188 |
| 20 | *Attorneys for Defendant Teresa Berntsen* |
| 21 | |
| |  *s/ Leslie A. Lopez* |
| 22 | Leslie A. Lopez, WSBA #46118 |
| | Deputy Prosecuting Attorney |
| 23 | Clark County Prosecutor's Office – Civil Division |
| | PO Box 5000 |
| 24 | Vancouver WA  98666-5000 |
| | Tele: (564) 397-2478 |
| 25 | Email:  leslie.lopez@clark.wa.gov |
| 26 | |
| | *Attorney for Defendant Chuck Atkins* |

STIPULATED MOTION AND ORDER
TO EXTEND DEADLINE FOR
DISCLOSURE OF EXPERT TESTIMONY
NO. 3:19-CV-5106

2

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1

                                    *s/ Salvatore J. Faggiano*
2
                                    Salvatore J. Faggiano, WSBA #15696
                                    Assistant City Attorney
3
                                    Office of the City Attorney
                                    808 W. Spokane Falls Blvd.
4
                                    Spokane, WA 99201-3326
5
                                    Telephone: (509) 625-6818
                                    Fax: (509) 625-6277
6
                                    Email: sfaggiano@spokanecity.org
7
                                    *Attorney for Defendant Craig Meidl*
8

9
                                    PACIFICA LAW GROUP LLP
10
                                    By *s/ Gregory J. Wong*
                                    Paul J. Lawrence, WSBA No. 13557
11
                                    Gregory J. Wong, WSBA No. 39329
                                    Nicholas W. Brown, WSBA No. 33586
12
                                    Kai A. Smith, WSBA No. 54749
13
                                    *Attorneys for Intervenor-Defendant*
14
                                    *Safe Schools Safe Communities*
15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION AND ORDER         3        ATTORNEY GENERAL OF WASHINGTON
TO EXTEND DEADLINE FOR                                800 Fifth Avenue, Suite 2000
DISCLOSURE OF EXPERT TESTIMONY                 Seattle, WA 98104-3188
NO. 3:19-CV-5106                                    (206) 464-7744

1

**ORDER**

2          Based upon the stipulation of the parties, the deadline for all parties to disclose expert

3    testimony is extended from December 11, 2019 to December 18, 2019.

4          DATED: December 13, 2019.

5

6

7

8          _____
           Ronald B. Leighton
9          United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION AND ORDER                          4
TO EXTEND DEADLINE FOR
DISCLOSURE OF EXPERT TESTIMONY
NO. 3:19-CV-5106

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744