HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DANIEL MITCHELL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CHUCK ATKINS, et al., <br><br> Defendants. | CASE NO. C19-5106RBL <br><br> ORDER ON PLAINTIFFS' MOTION FOR PROTECTIVE ORDER |

THIS MATTER came before the Court on Plaintiffs' Motion for Protective Order Quashing the Notices of Deposition for Plaintiffs Rettmer, Tooloee, Casey and Wald [Dkt. #64]. Having reviewed and considered the briefing on the Motion, the records and files herein, and the arguments of counsel and/or the parties, the Court **DENIES** the Motion for good cause shown under Fed. R. Civ. P. 26(c)(1)

Dated this 24th day of January, 2020.

Ronald B. Leighton
United States District Judge

ORDER ON PLAINTIFFS' MOTION FOR
PROTECTIVE ORDER - 1