The Honorable Ronald B. Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANIEL MITCHELL, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CHARLES ATKINS, et al.,<br><br>    Defendants,<br><br>and<br><br>SAFE SCHOOLS SAFE COMMUNITIES,<br><br>    Intervenor-Defendant. | NO. 3:19-cv-5106<br><br>STIPULATED MOTION AND ORDER TO EXTEND DEADLINE TO TAKE DEPOSITIONS<br><br>NOTE FOR MOTION CALENDAR: February 7, 2020 |

**STIPULATION**

All parties to this action, by and through the undersigned counsel, stipulate that the deadline to take the depositions of Plaintiffs Nathaniel Casey, Luke Rettmer, Armen Tooloee, and Matthew Wald should be extended past the discovery cutoff of February 10, 2020, to February 21, 2020. This stipulation is based upon the mutual convenience of all parties, in light of previously scheduled depositions and the Court's Order of January 24, 2020.

RESPECTFULLY SUBMITTED this 7th day of February 2020.

ARD LAW GROUP PLLC

By: *s/ Joel B. Ard*
Joel B. Ard, WSBA # 40104
Ard Law Group PLLC

STIPULATED MOTION AND ORDER
TO EXTEND DEADLINE TO TAKE
DEPOSITIONS
NO. 3:19-CV-5106

1

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

| | |
|---|---|
| 1 | P.O. Box 11633 |
| 2 | Bainbridge Island, WA 98110<br>Phone: (206) 701-9243 |
| 3 | *Attorney for Plaintiffs* |
| 4 | |
| 5 | ROBERT W. FERGUSON<br>*Attorney General* |
| 6 | |
| 7 | NOAH G. PURCELL, WSBA No. 43492<br>*Solicitor General* |
| 8 | _s/Zachary Pekelis Jones_<br>JEFFREY T. EVEN, WSBA No. 20367 |
| 9 | Deputy Solicitor General<br>Jeffrey.Even@atg.wa.gov |
| 10 | ZACHARY PEKELIS JONES, WSBA No. 44557 |
| 11 | R. JULY SIMPSON, WSBA No. 45869<br>BRENDAN SELBY, WSBA No. 55325 |
| 12 | Assistant Attorneys General<br>Complex Litigation Division |
| 13 | Zach.Jones@atg.wa.gov |
| 14 | July.Simpson@atg.wa.gov<br>Brendan.Selby@atg.wa.gov |
| 15 | |
| 16 | DIONNE PADILLA-HUDDLESTON, WSBA No. 38356<br>Assistant Attorney General |
| 17 | Licensing and Administrative Law Division<br>dionnep@atg.wa.gov; lalseaef@atg.wa.gov |
| 18 | 800 Fifth Avenue, Suite 2000 |
| 19 | Seattle, WA 98104-3188 |
| 20 | *Attorneys for Defendant Teresa Berntsen* |
| 21 | |
| 22 | _s/ Leslie A. Lopez_<br>Leslie A. Lopez, WSBA #46118 |
| 23 | Deputy Prosecuting Attorney<br>Clark County Prosecutor's Office – Civil Division |
| 24 | PO Box 5000<br>Vancouver WA  98666-5000 |
| 25 | Tele: (564) 397-2478<br>Email:  leslie.lopez@clark.wa.gov |
| 26 | *Attorney for Defendant Chuck Atkins* |

STIPULATED MOTION AND ORDER TO EXTEND DEADLINE TO TAKE DEPOSITIONS
NO. 3:19-CV-5106

2

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

| | |
|---|---|
| 1 | *s/ Salvatore J. Faggiano* |
| 2 | Salvatore J. Faggiano, WSBA #15696 |
|   | Assistant City Attorney |
| 3 | Office of the City Attorney |
|   | 808 W. Spokane Falls Blvd. |
| 4 | Spokane, WA 99201-3326 |
|   | Telephone: (509) 625-6818 |
| 5 | Fax: (509) 625-6277 |
|   | Email: sfaggiano@spokanecity.org |
| 6 | |
| 7 | *Attorney for Defendant Craig Meidl* |
| 8 | |
|   | PACIFICA LAW GROUP LLP |
| 9 | |
|   | By *s/ Nicholas W. Brown* |
| 10 | Paul J. Lawrence, WSBA No. 13557 |
|    | Gregory J. Wong, WSBA No. 39329 |
| 11 | Nicholas W. Brown, WSBA No. 33586 |
|    | Kai A. Smith, WSBA No. 54749 |
| 12 | |
| 13 | *Attorneys for Intervenor-Defendant* |
|    | *Safe Schools Safe Communities* |

STIPULATED MOTION AND ORDER
TO EXTEND DEADLINE TO TAKE
DEPOSITIONS
NO. 3:19-CV-5106

3

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

**ORDER**

Based upon the stipulation of the parties, the deadline take depositions of Plaintiffs Nathaniel Casey, Luke Rettmer, Armen Tooloee, and Matthew Wald is hereby extended to February 21, 2020.

DATED: February ____, 2020.

_____
The Honorable Ronald B. Leighton
United States District Judge

STIPULATED MOTION AND ORDER
TO EXTEND DEADLINE TO TAKE
DEPOSITIONS
NO. 3:19-CV-5106

4

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

**CERTIFICATE OF SERVICE**

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Matthew C. Albrecht<br>David K. DeWolf<br>Albrecht Law PLLC<br>421 W. Riverside Ave, Ste. 614<br>Spokane, WA 99201<br>malbrecht@albrectlawfinn.com<br>david@albrechtlawfirm.com<br><br>Salvatore J. Faggiano,<br>Assistant City Attorney<br>Office of the City Attorney<br>808 W. Spokane Falls Blvd.<br>Spokane, WA 99201-3326<br>sfaggiano@spokanecity.org<br>*Attorney for Defendant Meidl,*<br>*City of Spokane*<br><br>Leslie Lopez<br>Deputy Prosecuting Attorney<br>Clark County Prosecutor's Office<br>Civil Division<br>P. O. Box 5000<br>Vancouver, WA 98666-5000<br>leslie.lopez@clark.wa.gov<br>*Attorney for Defendant Atkins, Clark County* | Nicholas W. Brown<br>Paul J. Lawrence<br>Sarah S Washburn<br>Gregory J. Wong<br>Kai A. Smith<br>Pacifica Law Group LLP<br>1191 Second Ave. Ste. 2000<br>Seattle, WA 98101-3404<br>nicholas.brown@pacificalawgroup.com<br>paul.lawrence@pacificalawgroup.com<br>sarah.washburn@pacificalawgroup.com<br>greg.wong@pacificalawgroup.com<br>kai.smith@pacificalawgroup.com<br>dawn.taylor@pacificalawgroup.com<br>cindy.bourne@pacificalawgroup.com<br>sydney.henderson@pacificalawgroup.com<br>thien.tran@pacificalawgroup.com<br>*Attorneys for Intervenor Defendant, Safe*<br>*Schools Safe Communities (Campaign)*<br><br>Joel B. Ard<br>Ard Law Group PLLC<br>P. O. Box 11633<br>Bainbridge Island, WA 98110<br>joel@ard.law<br>*Attorneys for Plaintiffs* |

DATED this 7th day of February 2020, at Seattle, Washington.

*s/ Zachary Pekelis Jones*
ZACHARY PEKELIS JONES

STIPULATED MOTION AND ORDER TO EXTEND DEADLINE TO TAKE DEPOSITIONS
NO. 3:19-CV-5106

5

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744