UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DANIEL MITCHELL, ROBIN BALL, LUKE RETTMER, ARMEN TOOLOEE, NATHANIEL CASEY, MATTHEW WALD, SECOND AMENDMENT FOUNDATION, and NATIONAL RIFLE ASSOCIATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>CHUCK ATKINS, in his official capacity as the Sheriff of Clark County, Washington, CRAIG MEIDL, in his official capacity as the Chief of Police of Spokane, Washington, and TERESA BERNTSEN, in her official capacity as the Director of the Washington State Department of Licensing,<br><br>*Defendants*. | The Honorable Ronald B. Leighton<br><br>No. 3:19-cv-05106-RBL<br><br>PLAINTIFF ARMEN TOOLOEE'S MOTION TO DISMISS AND WITHDRAW AS PLAINTIFF<br><br>NOTING DATE: FEBRUARY 12, 2020 |

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Armen Tooloee hereby moves the Court to dismiss his individual claims and allow him to withdraw as plaintiff. His withdrawal will leave three young adults, two dealers, and two organizations as plaintiffs, will not affect any schedule or deadline, and will allow all remaining parties fully to participate in briefing every issue in the litigation. It will not increase any party's cost or cause prejudice to any party. Because no counterclaim has been asserted against Tooloee, the Court should order his dismissal promptly.

///

///

///

TOOLOEE MOTION TO DISMISS AND WITHDRAW - 1
No. 3:19-cv-05106-RBL

ARD LAW GROUP PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243

1  Respectfully submitted this 12th of February, 2020.

2

3                                                      ARD LAW GROUP PLLC

4                                                      By: *[signature]*

5                                                      Joel B. Ard, WSBA # 40104

6                                                      P.O. Box 11633

                                                       Bainbridge Island, WA 98110
7
                                                       (206) 701-9243
8                                                      Attorneys for Plaintiffs

9                                                      ALBRECHT LAW PLLC

10

11                                                     By: *[signature]*

                                                       Matthew C. Albrecht, WSBA #36801
12
                                                       David K. DeWolf, WSBA #10875
13                                                     421 W. Riverside Ave., Ste. 614

                                                       Spokane, WA 99201
14
                                                       (509) 495-1246
15                                                     Attorneys for Plaintiffs

16

17

18

19

20

21

22

23

24

25

26

27

TOOLOEE MOTION TO DISMISS AND WITHDRAW - 2
No. 3:19-cv-05106-RBL

ARD LAW GROUP PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243

# Certificate Of Service

I certify under penalty of perjury under the laws of the United States of America that on February 12, 2020, I filed the foregoing with the Court's CM/ECF system, which will give notice to all parties and counsel of record.

Ard Law Group PLLC

By _____

Joel B. Ard, WSBA # 40104
P.O. Box 11633
Bainbridge Island, WA 98110
(206) 701-9243
Joel@Ard.law

Attorneys for Plaintiffs

Certificate Of Service
No. 3:19-cv-05106-RBL

Ard Law Group PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243