Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANIEL MITCHELL, et al.,

             Plaintiffs,

   v.

CHUCK ATKINS, et al.,

             Defendants,

   and

SAFE SCHOOLS SAFE COMMUNITIES,

 Intervenor-Defendant.

No. 3:19-cv-05106 RBL

STIPULATED MOTION AND
[PROPOSED] ORDER SETTING
BRIEFING SCHEDULE AND
STRIKING TRIAL DATE AND
DEADLINES

NOTE FOR MOTION CALENDAR:
February 12, 2020

**STIPULATED MOTION**

By its Minute Order Setting Trial, Pretrial Dates (ECF No. 50), this Court set this matter

for trial on June 8, 2020, and also established a case schedule of pretrial deadlines, including a

dispositive motions deadline of March 10, 2020. All the Parties to this action have conferred and

each plans to file a motion for summary judgment. To promote efficiency and reduce the total

number of pages of briefing, the Parties wish to combine their summary judgment motions into

one set of briefs and to establish a briefing schedule and page limits for cross-motions for summary

judgment.

STIPULATED MOTION AND [PROPOSED] ORDER SETTING
BRIEFING SCHEDULE AND STRIKING TRIAL DATE AND
DEADLINES - 1
Cause No. 3:19-cv-05106

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

1    In addition, all Parties anticipate that resolution of the cross-motions for summary

2    judgment will materially aid in the preparation of trial and likely will determine most or all of the

3    issues in this matter. Accordingly, the Parties request that the trial date and all pretrial deadlines

4    after the March 10, 2020 dispositive motions deadline be struck pending the Court's resolution of

5    the cross-motions for summary judgment and that, if necessary, new dates be set after the Court

6    rules on the cross-motions for summary judgment.

7    Accordingly, pursuant to LCR 7(d)(1) and LCR 10(g), the Parties stipulate and jointly

8    move the Court to enter the subjoined order:

9    

10   1.  Plaintiffs will file their Motion for Summary Judgment, not to exceed 24 pages, by

11          March 10, 2020, noted for April 24, 2020.

12   2.  Defendants and Intervenor-Defendant will file their joint Combined Cross-Motion for

13          Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment, not

14          to exceed 40 pages, by March 31, 2020, noted for April 24, 2020.

15   3.  Plaintiffs will file their Combined Reply in Support of Plaintiffs' Motion for Summary

16          Judgment and Opposition to Defendants' Joint Motion for Summary Judgment, not to

17          exceed 30 pages, by April 14, 2020.

18   4.  Defendants and Intervenor-Defendant will file their joint Reply in Support of their

19          Motion for Summary Judgment, not to exceed 14 pages, by April 24.

20   5.  The trial date and all pre-trial deadlines after the March 10, 2020 dispositive motions

21          deadline set forth in the Court's Scheduling Order, Dkt. #50, are struck and, if

22          necessary, will be reset after the Court resolves the summary judgment motions.

23   

24   

25   

26   

27   

STIPULATED MOTION AND [PROPOSED] ORDER SETTING
BRIEFING SCHEDULE AND STRIKING TRIAL DATE AND
DEADLINES - 2
Cause No. 3:19-cv-05106

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

1    STIPULATED to this 12th day of February 2020.

2

3                                        ARD LAW GROUP PLLC

4                                        By: *s/ Joel B. Ard*
                                         Joel B. Ard, WSBA # 40104
5                                        Ard Law Group PLLC
                                         P.O. Box 11633
6                                        Bainbridge Island, WA 98110
                                         Phone: (206) 701-9243
7
8                                        *Attorney for Plaintiffs*

9                                        ROBERT W. FERGUSON
10                                       *Attorney General*

11                                       NOAH G. PURCELL, WSBA No. 43492
                                         *Solicitor General*
12
                                          *s/ Jeffrey T. Even*
13                                       JEFFREY T. EVEN, WSBA No. 20367
                                         Deputy Solicitor General
14                                       Jeffrey.Even@atg.wa.gov
15
                                         ZACHARY PEKELIS JONES, WSBA No. 44557
16                                       R. JULY SIMPSON, WSBA No. 45869
                                         BRENDAN SELBY, WSBA No. 55325
17                                       Assistant Attorneys General
                                         Complex Litigation Division
18                                       Zach.Jones@atg.wa.gov
19                                       July.Simpson@atg.wa.gov
                                         Brendan.Selby@atg.wa.gov
20
21                                       DIONNE PADILLA-HUDDLESTON, WSBA No. 38356
                                         Assistant Attorney General
22                                       Licensing and Administrative Law Division
                                         dionnep@atg.wa.gov
23                                       lalseaef@atg.wa.gov

24                                       800 Fifth Avenue, Suite 2000
                                         Seattle, WA 98104-3188
25
26                                       *Attorneys for Defendant Teresa Berntsen*

27

STIPULATED MOTION AND [PROPOSED] ORDER SETTING
BRIEFING SCHEDULE AND STRIKING TRIAL DATE AND
DEADLINES - 3
Cause No. 3:19-cv-05106

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

*s/ Leslie A. Lopez*
Leslie A. Lopez, WSBA #46118
Deputy Prosecuting Attorney
Clark County Prosecutor's Office – Civil Division
PO Box 5000
Vancouver WA 98666-5000
Tele: (564) 397-2478
leslie.lopez@clark.wa.gov

*Attorney for Defendant Chuck Atkins*

*s/ Salvatore J. Faggiano*
Salvatore J. Faggiano, WSBA #15696
Assistant City Attorney
Office of the City Attorney
808 W. Spokane Falls Blvd.
Spokane, WA 99201-3326
Telephone: (509) 625-6818
Fax: (509) 625-6277
sfaggiano@spokanecity.org

*Attorney for Defendant Craig Meidl*

PACIFICA LAW GROUP LLP

*s/ Gregory J. Wong*
Paul J. Lawrence, WSBA No. 13557
Gregory J. Wong, WSBA No. 39329
Nicholas W. Brown, WSBA No. 33586
Kai A. Smith, WSBA No. 54749

*Attorneys for Intervenor-Defendant Safe Schools Safe Communities*

STIPULATED MOTION AND [PROPOSED] ORDER SETTING
BRIEFING SCHEDULE AND STRIKING TRIAL DATE AND
DEADLINES - 4
Cause No. 3:19-cv-05106

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

**ORDER**

IT IS HEREBY ORDERED that:

1. Plaintiffs will file their Motion for Summary Judgment, not to exceed 24 pages, by March 10, 2020, noted for April 24, 2020.

2. Defendants and Intervenor-Defendant will file their joint Combined Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment, not to exceed 40 pages, by March 31, 2020, noted for April 24, 2020.

3. Plaintiffs will file their Combined Reply in Support of Plaintiffs' Motion for Summary Judgment and Opposition to Defendants' Joint Motion for Summary Judgment, not to exceed 30 pages, by April 14, 2020.

4. Defendants and Intervenor-Defendant will file their joint Reply in Support of their Motion for Summary Judgment, not to exceed 14 pages, by April 24.

5. The trial date and all pre-trial deadlines after the March 10, 2020 dispositive motions deadline set forth in the Court's Scheduling Order (Dkt. #50) are struck and, if necessary, will be reset after the Court resolves the summary judgment motions.

IT IS SO ORDERED this __ day of February 2020.

_____
The Honorable Ronald B. Leighton
United States District Judge

JOINTLY PRESENTED BY:

ARD LAW GROUP PLLC

By: *s/ Joel B. Ard*
Joel B. Ard, WSBA # 40104

[PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND
STRIKING TRIAL DATE AND DEADLINES - 1
Cause No. 3:19-cv-05106

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

1  Ard Law Group PLLC
P.O. Box 11633
2  Bainbridge Island, WA 98110
Phone: (206) 701-9243
3

4  *Attorney for Plaintiffs*

5

6  ROBERT W. FERGUSON
*Attorney General*

7  NOAH G. PURCELL, WSBA No. 43492
*Solicitor General*
8

9   *s/ Jeffrey T. Even*
JEFFREY T. EVEN, WSBA No. 20367
10 Deputy Solicitor General
Jeffrey.Even@atg.wa.gov
11

12 ZACHARY PEKELIS JONES, WSBA No. 44557
R. JULY SIMPSON, WSBA No. 45869
13 BRENDAN SELBY, WSBA No. 55325
Assistant Attorneys General
14 Complex Litigation Division
Zach.Jones@atg.wa.gov
15 July.Simpson@atg.wa.gov
Brendan.Selby@atg.wa.gov
16

17 DIONNE PADILLA-HUDDLESTON, WSBA No. 38356
Assistant Attorney General
18 Licensing and Administrative Law Division
dionnep@atg.wa.gov
19 lalseaef@atg.wa.gov

20
800 Fifth Avenue, Suite 2000
21 Seattle, WA 98104-3188

22 *Attorneys for Defendant Teresa Berntsen*

23 *s/ Leslie A. Lopez*
Leslie A. Lopez, WSBA #46118
24 Deputy Prosecuting Attorney
Clark County Prosecutor's Office – Civil Division
25 PO Box 5000
Vancouver WA 98666-5000
26 Telephone: (564) 397-2478

27

[PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND
STRIKING TRIAL DATE AND DEADLINES - 2
Cause No. 3:19-cv-05106

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

1   leslie.lopez@clark.wa.gov

2   *Attorney for Defendant Chuck Atkins*

3   *s/ Salvatore J. Faggiano*

4   Salvatore J. Faggiano, WSBA #15696
    Assistant City Attorney

5   Office of the City Attorney
    808 W. Spokane Falls Blvd.

6   Spokane, WA 99201-3326
    Telephone: (509) 625-6818

7   Fax: (509) 625-6277

8   sfaggiano@spokanecity.org

9   *Attorney for Defendant Craig Meidl*

10

11  PACIFICA LAW GROUP LLP

12  *s/ Gregory J. Wong*
    Paul J. Lawrence, WSBA No. 13557

13  Gregory J. Wong, WSBA No. 39329
    Nicholas W. Brown, WSBA No. 33586

14  Kai A. Smith, WSBA No. 54749

15  *Attorneys for Intervenor-Defendant Safe Schools Safe Communities*

16

17

18

19

20

21

22

23

24

25

26

27

[PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND
STRIKING TRIAL DATE AND DEADLINES - 3
Cause No. 3:19-cv-05106

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750