UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DANIEL MITCHELL, ROBIN BALL, LUKE RETTMER, ARMEN TOOLOEE, NATHANIEL CASEY, MATTHEW WALD, SECOND AMENDMENT FOUNDATION, and NATIONAL RIFLE ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>CHUCK ATKINS, in his official capacity as the Sheriff of Clark County, Washington, CRAIG MEIDL, in his official capacity as the Chief of Police of Spokane, Washington, and TERESA BERNTSEN, in her official capacity as the Director of the Washington State Department of Licensing<br><br>Defendants. | No. 3:19-cv-5106<br><br>DECLARATION OF MATTHEW C. ALBRECHT IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO EXCLUDE EXPERT TESTIMONY OF SHERIFF OZZIE. KNEZOVICH |

I, Matthew C. Albrecht, hereby declare under oath and penalty of perjury under the laws of Washington State:

1. I am one of the attorneys for the Plaintiff in this case. I am competent to be a witness and all statements contained in this declaration are based on personal knowledge.

No. 3:19-cv-5106

DECLAR OF MCA ISO PLTFF'S RESP TO DEF'S MTN TO EXCLUDE EXPERT TESTIMONY OF SHERIFF O. KNEZOVICH
Page 1 of 4

ALBRECHT LAW PLLC
421 W Riverside Ave, STE 614
Spokane, WA 99201 (509) 495-1246

1   2.    We did not receive Mr. Jones' email demanding a conference relating to his planned motion to exclude Sheriff Knezovich until late afternoon of Friday, March 6, during a time our team was engaged in final work on our motion for summary judgment and many other pressing matters.  Nonetheless, I responded to Mr. Jones before 8 a.m. the next day, Saturday, March 7th, explaining the scheduling conflicts and offering to follow up by the following Thursday.   Mr. Jones then objected and claimed his email demanded immediate attention, so I reviewed our email correspondence as he requested. In doing so, I confirmed what I had previously believed to be the case, that emails between our office and Sheriff Knezovich fell within the privileged communications categories described by FRCP 26(b)(3)(A) and (b) and FRCP 26(b)(4)(B) and (C) and none were discoverable.  ECF 78-2, pp. 255-56 (attached to ECF 78, Decl. of Zachary P. Jones) is a copy of the letter dated March 9, 2020 that I sent to Mr. Jones to promptly advise him of that fact.

3.    Between November 4, 2019 and December 18, 2019, five emails were exchanged all of which related to logistics for a meeting, follow up to that meeting, Knezovich's draft report, background and expertise of Knezovich, and case deadlines. On January 9, 2020, DeWolf and Knezovich emailed relating to the scheduling of the deposition the Defendants had requested.  On Sunday, February 2, 2020, Knezovich emailed a .zip file to DeWolf containing the records which were then indexed and printed on Monday February 3, 2020, then provided to Defendants' counsel on February 4, 2020 prior to the Knezovich deposition.

4.    None of these emails included discussion of compensation, facts or data being provided from the attorney to the expert for his consideration of forming any opinion, or any assumptions provided to the expert to be relied upon in forming any opinions.

5.    Exhibit A to this Declaration are true and correct excerpts from the transcript of the Deposition of Ozzie Knezovich on February 4, 2020. The most relevant

No. 3:19-cv-5106

DECLAR OF MCA ISO PLTFF'S RESP TO DEF'S MTN TO EXCLUDE EXPERT TESTIMONY OF SHERIFF O. KNEZOVICH
Page 2 of 4



421 W Riverside Ave, STE 614
Spokane, WA 99201 (509) 495-1246

1 sections cited in Plaintiffs' brief have been emphasized for the Court's convenience with
2 underlining.

3

4     DATED March 23, 2020

5
                                   ALBRECHT LAW PLLC
6                                    Attorneys for Plaintiff

7

8                                  /s/ *Matthew C. Albrecht*
9                                  Matthew C. Albrecht, WSBA #36801

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
No. 3:19-cv-5106

DECLAR OF MCA ISO PLTFF'S RESP TO DEF'S
MTN TO EXCLUDE EXPERT TESTIMONY OF
SHERIFF O. KNEZOVICH
Page 3 of 4



421 W Riverside Ave, STE 614
Spokane, WA 99201 (509) 495-1246

# CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury under the laws of the United States, that on this date I electronically mailed the foregoing document upon the following:

| | |
|---|---|
| Joel B. Ard<br>Ard Law Group PLLC<br>P. O. Box 11633<br>Bainbridge Island, WA 98110<br>joel@ard.law<br>*Attorneys for Plaintiffs* | Leslie Lopez<br>Deputy Prosecuting Attorney<br>Clark County Prosecutor's Office<br>Civil Division<br>P. O. Box 5000<br>Vancouver, WA 98666-5000<br>leslie.lopez@clark.wa.gov<br>pamela.hamilton@clark.wa.gov<br>*Attorneys for Defendant Atkins, Clark* |
| Nicholas W. Brown<br>Paul J. Lawrence<br>Sarah S Washburn<br>Gregory J. Wong<br>Kai A. Smith<br>Pacifica Law Group LLP<br>1191 Second Ave. Ste. 2000<br>Seattle, WA 98101-3404<br>nicholas.brown@pacificalawgroup.com<br>paul.lawrence@pacificalawgroup.com<br>sarah.washburn@pacificalawgroup.com<br>greg.wong@pacificalawgroup.com<br>kai.smith@pacificalawgroup.com<br>dawn.taylor@pacificalawgroup.com<br>cindy.bourne@pacificalawgroup.com<br>sydney.henderson@pacificalawgroup.com<br>thien.tran@pacificalawgroup.com<br>*Attorneys for Intervenor Defendant, Safe Schools Safe Communities (Campaign)* | Salvatore J. Faggiano,<br>Assistant City Attorney<br>Office of the City Attorney<br>808 W. Spokane Falls Blvd.<br>Spokane, WA 99201-3326<br>sfaggiano@spokanecity.org<br>dstragier@spokanecity.org<br>tstrothman@spokanecity.org<br>*Attorneys for Defendant Meidl, City of Spokane* |

Signed at Spokane, Washington on March 23, 2020.

*/s/ Melanie A. Evans*
Melanie A. Evans, Paralegal

No. 3:19-cv-5106

DECLAR OF MCA ISO PLTFF'S RESP TO DEF'S MTN TO EXCLUDE EXPERT TESTIMONY OF SHERIFF O. KNEZOVICH
Page 4 of 4



421 W Riverside Ave, STE 614
Spokane, WA 99201 (509) 495-1246