The Honorable Ronald B. Leighton

United States District Court
For the Western District of Washington
at Tacoma

| | |
|---|---|
| Daniel Mitchell, Robin Ball, Luke Rettmer, Nathaniel Casey, Matthew Wald, Second Amendment Foundation, and National Rifle Association,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>Chuck Atkins, in his official capacity as the Sheriff of Clark County, Washington, Craig Meidl, in his official capacity as the Chief of Police of Spokane, Washington, and Teresa Berntsen, in her official capacity as the Director of the Washington State Department of Licensing,<br><br>    *Defendants*. | No. 3:19-cv-05106-RBL<br><br>Order re Revised Summary Judgment Briefing Schedule<br><br>Noting Date: April 6, 2020 |

This matter came before the Court on Plaintiffs' Motion to Revise the Summary Judgment Briefing Schedule. The Court considered the papers and pleadings filed in this matter, and finds that the Plaintiffs' Motion should be granted.

Order re Summary Judgment Briefing Schedule - 1
No. 3:19-cv-05106-RBL

Ard Law Group PLLC

P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243

IT IS THEREFORE ORDERED THAT:

1. Plaintiffs' Response and Opposition to Cross-Motion for Summary Judgment will be due on April 28, 2020;

2. Defendants' Reply Brief will be due on May 24, 2020.

IT IS SO ORDERED.

DATED this 7th day of April, 2020.

_____
Ronald B. Leighton
United States District Judge

April 6, 2020.

Ard Law Group PLLC

By: _____
Joel B. Ard, WSBA # 40104
P.O. Box 11633
Bainbridge Island, WA 98110
(206) 701-9243
Attorneys for Plaintiffs

Albrecht Law PLLC

By: _____
Matthew C. Albrecht, WSBA #36801
David K. DeWolf, WSBA #10875
421 W. Riverside Ave., Ste. 614
Spokane, WA 99201
(509) 495-1246
Attorneys for Plaintiffs

Order re Summary Judgment Briefing Schedule - 2
No. 3:19-cv-05106-RBL

Ard Law Group PLLC

P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243