# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| DANIEL MITCHELL, et al, <br><br>                           Plaintiffs, <br><br>       v. <br><br>CHARLES ATKINS, et al., <br><br>                           Defendants. <br><br>SAFE SCHOOLS SAFE COMMUNITIES, <br><br>                           Intervenor-Defendant. | **JUDGMENT IN A CIVIL CASE** <br><br> CASE NUMBER: C19-5106RBL |

☐    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

    Plaintiffs' Motion for Summary Judgment [76] is DENIED, and the Defendants' and Intervenor's Cross Motion for Summary Judgment [84] is GRANTED.  The Plaintiffs' Commplaint is DISMISSED WITH PREJUDICE.  Each side shall bear their own lititigation costs.

DATED:  August 31, 2020

                                                         William M. McCool
                                                         Clerk

                                                         Deputy Clerk