UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DANIEL MITCHELL, ROBIN BALL, LUKE RETTMER, NATHANIEL CASEY, MATTHEW WALD, SECOND AMENDMENT FOUNDATION, and NATIONAL RIFLE ASSOCIATION,<br><br>    *Plaintiffs*,<br><br>v.<br><br>CHUCK ATKINS, in his official capacity as the Sheriff of Clark County, Washington, CRAIG MEIDL, in his official capacity as the Chief of Police of Spokane, Washington, and TERESA BERNTSEN, in her official capacity as the Director of the Washington State Department of Licensing,<br><br>    *Defendants*,<br><br>and<br><br>SAFE SCHOOLS SAFE COMMUNITIES,<br><br>    *Defendant-Intervenor.* | The Honorable John C. Coughenour<br><br>No. 3:19-cv-05106-JCC<br><br>PLAINTIFFS' NOTICE OF APPEAL |

## PLAINTIFFS' NOTICE OF APPEAL

Plaintiffs Daniel Mitchell, Robin Ball, Luke Rettmer, Nathaniel Casey, Matthew Wald, Second Amendment Foundation, and National Rifle Association appeal to the United States Court of Appeals for the Ninth Circuit from the "Judgment in a Civil Case" entered as Document 125 on August 31, 2020.

///

PLAINTIFFS' NOTICE OF APPEAL - 1
No. 3:19-cv-05106-JCC

ARD LAW GROUP PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243

1 September 21, 2020.

2

3                                        Ard Law Group PLLC

4                                        By: _____

5                                        Joel B. Ard, WSBA # 40104

6                                        P.O. Box 11633

                                            Bainbridge Island, WA 98110

7                                        (206) 701-9243

8                                        Attorneys for Plaintiffs

9                                        Albrecht Law PLLC

10

11                                     By: _____

                                            David K. DeWolf, WSBA #10875

12                                     Matthew C. Albrecht, WSBA #36801

13                                     421 W. Riverside Ave., Ste. 614

                                            Spokane, WA 99201

14                                     (509) 495-1246

15                                     Attorneys for Plaintiffs

16

17

18

19

20

21

22

23

24

25

26

27

Plaintiffs' Notice of Appeal - 2
No. 3:19-cv-05106-JCC

Ard Law Group PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243

# Certificate Of Service

I certify under penalty of perjury under the laws of the United States of America that on September 21, 2020, I filed the foregoing Notice of Appeal together with its attached Plaintiffs' Representation Statement, in *Mitchell et al. v. Atkins et al.*, No. 3:19-cv-05106-JCC, with the Court's CM/ECF system, which will give notice to all parties and counsel of record.

Ard Law Group PLLC

By _____

Joel B. Ard, WSBA # 40104
P.O. Box 11633
Bainbridge Island, WA 98110
(206) 701-9243
Joel@Ard.law

Attorneys for Plaintiffs

Certificate Of Service
No. 3:19-cv-05106-JCC

Ard Law Group PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243