The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| DANIEL MITCHELL, et al., | NO. 3:19-cv-05106-JCC |
|---|---|
| Plaintiffs, | JOINT STATUS REPORT |
| v. | |
| CHUCK ATKINS, et al., | |
| Defendants, | |
| SAFE SCHOOLS SAFE COMMUNITIES, | |
| Intervenor-Defendant. | |

On December 13, 2022, the parties met and conferred in compliance with this Court's Minute Order dated December 7, 2022. Dkt. #134. The parties were able to reach agreement on a schedule[1] for additional evidentiary development and briefing on Plaintiffs' Second Amendment claim only. The parties propose the following next steps and deadlines:

| Disclosure of expert testimony under FRCP 26(a)(2) | September 1, 2023 |
|---|---|
| All dispositive motions must be filed by | October 2, 2023 |

The parties do not intend to change any information in the Joint Status Report filed with the

---

[1] The parties agree on a schedule, but hold differing positions on whether additional expert testimony is required (or helpful). Plaintiffs believe that no additional expert testimony or evidence is required (or helpful) in determining whether the restriction at issue is constitutional. Defendants disagree. Defendants moved the Ninth Circuit to remand this case for the purpose of developing new evidence under *New York State Rifle & Pistol Ass'n. v. Bruen*, 142 S. Ct. 2111 (2022). The Ninth Circuit granted the motion—which Plaintiffs did not oppose.

JOINT STATUS REPORT
NO. 3:19-cv-05106-JCC

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

Court on June 20, 2019. Dkt. #4 9. In the event that trial in this matter is required, the parties request a trial date after March 1, 2024, and provide the following unavailable dates: September 1–30, 2024.

DATED this 19th day of December 2022.

ROBERT W. FERGUSON
Attorney General

*/s Jeffrey T. Even*
JEFFREY T. EVEN, WSBA #20367
Deputy Solicitor General
NOAH G. PURCELL, WSBA #43492
Solicitor General
R. JULY SIMPSON, WSBA #45869
DIONNE PADILLA-HUDDLESTON, WSBA #38356
Assistant Attorneys General
1125 Washington St. SE
P.O. Box 40100
Olympia, WA 98501-0100
jeffrey.even@atg.wa.gov
noah.purcell@atg.wa.gov
july.simpson@atg.wa.gov
dionne.padillahuddleston@atg.wa.gov
*Attorneys for Defendant Teresa Berntsen*

ARD LAW GROUP PLLC

*/s Joel B. Ard*
JOEL B. ARD, WSBA #40104
Attorney at Law
P.O. Box 11633
Bainbridge Island, WA 981110
joel@ard.law
*Attorney for Plaintiffs*

ALBRECHT LAW PLLC

*/s David K. DeWolf*
MATTHEW C. ALBRECHT, WSBA #36801
DAVID K. DEWOLF, WSBA #10875
Attorneys at Law
421 W. Riverside Ave., Ste. 614
Spokane, WA 99201
matt@albrechtlawfirm.com
david@albrechtlawfirm.com
*Attorneys for Plaintiff*

JOINT STATUS REPORT
NO. 3:19-cv-05106-JCC

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

```
 1                        CLARK COUNTY PROSECUTOR'S OFFICE

 2
                          /s Leslie A. Lopez
 3                        LESLIE A. LOPEZ, WSBA #46118
                          Deputy Prosecuting Attorney
 4                        Civil Division
                          P.O. Box 5000
 5                        Vancouver, WA 98666-5000
                          leslie.lopez@clark.wa.gov
 6                        Attorney for Defendant Chuck Atkins

 7                        CITY OF SPOKANE

 8
                          /s Salvatore J. Faggiano
 9                        SALVATORE J. FAGGIANO, WSBA #15696
                          Assistant City Attorney
10                        808 W. Spokane Falls Blvd.
                          Spokane WA, 99201-3326
11                        sfaggiano@spokanecity.org
                          Attorney for Defendant Craig Meidl
12
                          PACIFICA LAW GROUP LLP
13

14                        /s Zachary J. Pekelis
                          PAUL J. LAWRENCE, WSBA #13557
15                        ZACHARY J. PEKELIS, WSBA #44557
                          KAI A. SMITH, WSBA #54749
16                        SARAH S. WASHBURN, WSBA #44418
                          Attorneys at Law
17                        1191 Second Ave., Ste. 2000
                          Seattle, WA 98101-3404
18                        paul.lawrence@pacificalawgroup.com
                          zach.pekelis@pacificalawgroup.com
19                        kai.smith@pacificalawgroup.com
                          sarah.washburn@pacificalawgroup.com
20                        Attorneys for Intevenor-Defendant
                          Safe Schools Safe Communities
21

22

23

24

25

26
```

## DECLARATION OF SERVICE

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will serve a copy of this document upon all counsel of record.

DATED this 19th day of December 2022, at Olympia, Washington.

/s Jeffrey T. Even
JEFFREY T. EVEN, WSBA #20367
Assistant Attorney General

JOINT STATUS REPORT
NO. 3:19-cv-05106-JCC

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744