The Honorable John C. Coughenour

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| DANIEL MITCHELL, et al., | NO. 3:19-cv-05106-JCC |
| Plaintiffs, | STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING DEADLINES |
| v. | |
| CHUCK ATKINS, et al., | NOTE ON MOTION CALENDAR: SEPTEMBER 14, 2023 |
| Defendants, | |
| SAFE SCHOOLS SAFE COMMUNITIES, | |
| Intervenor-Defendant. | |

## <u>STIPULATION</u>

1.      Plaintiffs and Defendants intend to file cross motions for summary judgment. Rather than each party filing separate briefs, resulting in six briefs, the Parties have conferred and jointly agreed to a briefing schedule to allow for the submission of four briefs to the Court, pursuant to Local Civil Rule 7(k). The Parties have also conferred and agreed to an extension of the word count limits given the combined briefing. Good cause exists for this request, and the parties hereby stipulate to the following:

2.      Parties propose the following dispositive motion briefing schedule and word count limits:

- Plaintiffs file their Motion for Summary Judgment, not to exceed 8,400 words, November 14, 2023, noted for January 30, 2024.

STIPULATED MOTION AND
[PROPOSED] ORDER EXTENDING
DEADLINES
NO. 3:19-cv-05106-JCC
NO. 3:19-cv-05106-JCC

1

**ERROR! AUTOTEXT ENTRY NOT DEFINED.**

1

- Any Defendants may file their Combined Cross Motions for Summary Judgment and Oppositions to Plaintiffs' Motion for Summary Judgment not to exceed 12,000 words, by December 12, 2023, noted for January 30, 2024. Intervenor-Defendant may file a supplemental brief not to exceed 6,000 words.

- Plaintiffs will file their Combined Reply in Support of Plaintiffs' Motion for Summary Judgment and Opposition to Defendants' Joint Motions for Summary Judgment, not to exceed 10,000 words, by January 9, 2024.

- Defendants will file their Replies in Support of their Motions for Summary Judgment, not to exceed 4,200 words, by January 30, 2024. Intervenor-Defendant may file a supplemental brief not to exceed 2,100 words.

The Parties believe that the issues in this case are appropriate for resolution on summary judgment and, particularly given that Plaintiffs will not be offering any expert testimony, that it is likely no trial will be necessary at all. As such, the Parties request that the other deadlines in this case be suspended pending resolution of the dispositive motions, to be reset if any issues or claims remain in this case following summary judgment.

DATED this 14th day of September 2023.

Presented by:

ROBERT W. FERGUSON
Attorney General


*/s/ R. July Simpson*
R. JULY SIMPSON, WSBA #45869
Assistant Attorney General
NOAH G. PURCELL, WSBA #43492
Solicitor General
WILLIAM MCGINTY, WSBA #41868
ANDREW HUGHES, WSBA#49515
Assistant Attorneys General
July.Simpson@atg.wa.gov
Noah.Purcell@atg.wa.gov
William.McGinty@atg.wa.gov
Andrew.Hughes@atg.wa.gov
*Attorneys for Defendant Teresa Berntsen*

STIPULATED MOTION AND
[PROPOSED] ORDER EXTENDING
DEADLINES
NO. 3:19-cv-05106-JCC
NO. 3:19-cv-05106-JCC

2

ERROR! AUTOTEXT ENTRY NOT
DEFINED.

Approved as to Form:

CLARK COUNTY PROSECUTOR'S OFFICE

*/s Leslie Anne Lopez*
LESLIE ANNE LOPEZ, WSBA #46118
Prosecuting Attorney
Leslie.Lopez@clark.wa.gov
*Attorney for Defendant Chuck Atkins*

ALBRECHT LAW PPL

*/s David K. DeWolf*
MATTHEW C. ALBRECHT, WSBA #36801
DAVID K. DEWOLF, WSBA #10875
Attorneys at Law
Matt@albrechtlawfirm.com
David@albrechtlawfirm.com
*Attorneys for Plaintiffs Robin Ball, Nathaniel*
*Casey, Daniel Mitchell, National Rifle*
*Association, Luke Rettmer, Second Amendment*
*Foundation, and Matthew Wald*

ARD LAW GROUP PPLC

*/s Joel B. Ard*
JOEL B. ARD, WSBA #40104
Attorney at Law
Joel@ard.law
*Attorneys for Plaintiffs Robin Ball, Nathaniel*
*Casey, Daniel Mitchell, National Rifle*
*Association, Luke Rettmer, Second Amendment*
*Foundation, and Matthew Wald*

OFFICE OF SPOKANE CITY ATTORNEY

*/s Nathaniel Odle*
NATHANIEL ODLE, WSBA #39602
Assistant City Attorney
Nodle@spokanecity.org
*Attorney for Defendant Craig Meidl*

PACIFICA LAW GROUP LLP

*/s Kai A. Smith*
ZACHARY J. PEKELIS, WSBA #44557
KAI A. SMITH, WSBA # 54749
Attorneys at Law
Zach.Pekelis@pacificalawgroup.com
Kai.Smith@pacificalawgroup.com
*Attorneys for Intervenor-Defendant Safe Schools*
*Safe Communities*

STIPULATED MOTION AND
[PROPOSED] ORDER EXTENDING
DEADLINES
NO. 3:19-cv-05106-JCC
NO. 3:19-cv-05106-JCC

3

ERROR! AUTOTEXT ENTRY NOT
DEFINED.

## <u>ORDER</u>

**IT IS HEREBY ORDERED:**

That the stipulation of the Parties is APPROVED and ADOPTED.

DATED this _____ day of _____ 2023.

_____
HON. JOHN C. COUGHENOUR
Chief United States District Judge

STIPULATED MOTION AND
[PROPOSED] ORDER EXTENDING
DEADLINES
NO. 3:19-cv-05106-JCC
NO. 3:19-cv-05106-JCC

4

**ERROR! AUTOTEXT ENTRY NOT
DEFINED.**

1

## **DECLARATION OF SERVICE**

2

3        I hereby declare that on this day I caused the foregoing document to be electronically

4    filed with the Clerk of the Court using the Court's CM/ECF System which will send notification

    of such filing to all counsel of record.

5

6        I declare under penalty of perjury under the laws of the State of Washington and the

    United States of America that the foregoing is true and correct.

7

8        DATED this 14th day of September 2023, at Tacoma, Washington.

9

                                        *s/ R. July Simpson*
10                                       R. JULY SIMPSON, WSBA #45869
                                        Assistant Attorney General

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26