The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANIEL MITCHELL, ROBIN BALL, LUKE RETTMER, NATHANIEL CASEY, MATTHEW WALD, SECOND AMENDMENT FOUNDATION, and NATIONAL RIFLE ASSOCIATION,

*Plaintiffs*,

v.

CHUCK ATKINS, in his official capacity as the Sheriff of Clark County, Washington, CRAIG MEIDL, in his official capacity as the Chief of Police of Spokane, Washington, and TERESA BERNTSEN, in her official capacity as the Director of the Washington State Department of Licensing,

*Defendants*,

and

SAFE SCHOOLS SAFE COMMUNITIES,

*Defendant-Intervenor.*

No. 3:19-cv-05106-JCC

UNOPPOSED MOTION TO DISMISS COUNTS I AND III AND PLAINTIFFS LUKE RETTMER, NATHANIEL CASEY, MATTHEW WALD, and NATIONAL RIFLE ASSOCIATION

NOTING DATE: NOVEMBER 8, 2023

## Unopposed Motion to Dismiss

Due to the passage of time, Plaintiffs Luke Rettmer, Nathaniel Casey, and Matthew Wald are over age 20. The parties therefore jointly move to dismiss, without prejudice, Counts I and III of the Complaint (addressing the ban on sales of certain firearms to people between age 18 and 20), as well as Plaintiff National Rifle Association. Plaintiffs Daniel Mitchell, Robin Ball, and Second Amendment Foundation continue to pursue Count II (concerning sales and transfers by

UNOPPOSED MOTION DISMISS COUNTS I AND III
No. 3:19-cv-05106-JCC

ARD LAW GROUP PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243

Washington dealers of certain firearms to out-of-state purchasers). No defendant opposes this Motion.

November 8, 2023.

Ard Law Group PLLC

By: /s/ Joel B. Ard
Joel B. Ard, WSBA # 40104
P.O. Box 11633
Bainbridge Island, WA 98110
(206) 701-9243
Attorneys for Plaintiffs

Albrecht Law PLLC

By: /s/ Matthew C. Albrecht
Matthew C. Albrecht, WSBA #36801
David K. DeWolf, WSBA #10875
421 W. Riverside Ave., Ste. 614
Spokane, WA 99201
(509) 495-1246
Attorneys for Plaintiffs

Unopposed Motion Dismiss Counts I and III
No. 3:19-cv-05106-JCC

Ard Law Group PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243