The Honorable John C. Coughenour

United States District Court
For The Western District Of Washington
At Tacoma Seattle

Daniel Mitchell, Robin Ball, Luke Rettmer, Nathaniel Casey, Matthew Wald, Second Amendment Foundation, and National Rifle Association,

    *Plaintiffs*,

v.

Chuck Atkins, in his official capacity as the Sheriff of Clark County, Washington, Craig Meidl, in his official capacity as the Chief of Police of Spokane, Washington, and Teresa Berntsen, in her official capacity as the Director of the Washington State Department of Licensing,

    *Defendants*,

and

Safe Schools Safe Communities,

    *Defendant-Intervenor*.

No. 3:19-cv-05106-JCC

[Proposed] Order

This matter having come before the Court on the Unopposed Motion to Dismiss Counts I and III, the Court hereby ORDERS the dismissal of Counts I and III of the Complaint and the dismissal of Plaintiffs Luke Rettmer, Nathaniel Casey, Matthew Wald and National Rifle Association.

DATED this 9th day of November 2023

    */s/ John C. Coughenour*
    Honorable John C. Coughenour

[Proposed] Order to Dismiss Counts I and III
No. 3:19-cv-05106-JCC

Ard Law Group   PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 709-9243